**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 19, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00998-CV

---

## IN THE INTEREST OF A.A.J.C., A CHILD,

---

**On Appeal from the 257th District Court
Harris County, Texas
Trial Court Cause No. 2009-63482**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 5, 2014. On February 12, 2015, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, Busby, and Brown.